### Nathanael Lenard REYNOLDS, Appellant

v.

### Tyler B. BROWN, Assistant Solicitor and Earnest A. Finney, III, Head Solicitor, Appellees

### No. 16-7022
### September Term, 2016

United States Court of Appeals, District of Columbia Circuit.

Filed On: March 16, 2017

Rehearing En Banc Denied June 6, 2017

Nathanael Lenard Reynolds, Pro Se

BEFORE: Kavanaugh and Millett, Circuit Judges, and Ginsburg, Senior Circuit Judge

### JUDGMENT

Per Curiam

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order, filed January 20, 2016, dismissing the complaint upon the motion of appellant, be affirmed. Appellant does not argue that this dismissal was in error.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.